UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MÁTAY GÁBOR, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA,

        Defendants.

Civil Action No. 1:24-cv-09964-AT

CLASS ACTION

---

DAVID MATTESON, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA,

        Defendants.

Civil Action No. 1:25-cv-01112-UA

CLASS ACTION

---

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4902-4654-9535.v1

PLEASE TAKE NOTICE that proposed lead plaintiff David J. Grey will move this Court, on a date and time as may be designated by the Court, in Courtroom 15D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, NY 10007, for an order pursuant to the Private Securities Litigation Reform Act of 1995 and Rule 42 of the Federal Rules of Civil Procedure consolidating the above-captioned related securities class actions, appointing Mr. Grey as Lead Plaintiff, and approving his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the putative class.  Mr. Grey's Motion is based on the accompanying Memorandum of Law and Declaration of David A. Rosenfeld.

DATED:  February 24, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID A. ROSENFELD


_____
            *s/ David A. Rosenfeld*
           DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 1 -

4902-4654-9535.v1