UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MÁTAY GÁBOR, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:24-cv-09964-AT |
| Plaintiff, | CLASS ACTION |
| vs. | |
| TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA, | |
| Defendants. | |
| DAVID MATTESON, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:25-cv-01112-UA |
| Plaintiff, | CLASS ACTION |
| vs. | |
| TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA, | |
| Defendants. | |

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4915-9390-4415.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for David J. Grey and proposed lead counsel for the class in the above-captioned related securities class actions.  I make this declaration in support of Mr. Grey's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Notice of pendency of first-filed class action published in *Business Wire*, a national business-oriented wire service, on December 26, 2024;

Exhibit 2:      Mr. Grey's Sworn Certification;

Exhibit 3:      Estimate of Mr. Grey's losses, prepared by counsel; and

Exhibit 4:      Mr. Grey's Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of February, 2025.

*s/ David A. Rosenfeld*

4915-9390-4415.v1