**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MÁTAY GÁBOR, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA,<br><br>      Defendants. | Case No.: 1:24-cv-09964-AT<br><br>Hon. Analisa Torres |
| DAVID MATTESON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA,<br><br>      Defendants. | Case No.: 1:25-cv-01112-AT<br><br>Hon. Analisa Torres |

**NOTICE OF MOTION OF JOHN MAHONEY FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that John Mahoney ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"), (2) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: February 24, 2025                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for John Mahoney and*
*[Proposed] Lead Counsel for the Class*

2