UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MÁTAY GÁBOR, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA,<br><br>        Defendants. | Case No.: 1:24-cv-09964-AT<br><br>Hon. Analisa Torres |
| DAVID MATTESON, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA,<br><br>        Defendants. | Case No.: 1:25-cv-01112-AT<br><br>Hon. Analisa Torres |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF JOHN MAHONEY'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant John Mahoney ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment

as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.     Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:     PSLRA Certification signed by Movant attesting to his transactions of Transocean Ltd. ("Transocean" or the "Company") securities;

**Exhibit B**:     Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Transocean securities;

**Exhibit C**:     Press Release published December 26, 2024, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Gábor v. Transocean Ltd., et. al.,* Case No. 1:24-cv-09964-AT;

**Exhibit D**:     Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:     Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: February 24, 2025                              Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for John Mahoney and*
*[Proposed] Lead Counsel for the Class*

2