# EXHIBIT B

| Client Name | John Mahoney |
|---|---|
| Company Name | Transocean Ltd. |
| Ticker Symbol | RIG |
| Security Type | |
| Class Period Start | 05-01-2023 |
| Class Period End | 09-02-2024 |
| 90-DAY Lookback Period Start | 09-03-2024 |
| 90-DAY Lookback Period End | 12-01-2024 |
| 90-DAY Lookback Average | $ 04.31 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 335,096.67 |
| DURA LIFO* Total | $ 335,096.67 |
| Gross Shares Purchased | 101,000 |
| Net Shares Retained | 101,000 |
| Net Funds Expended | $770,070.00 |

### John Mahoney

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-20-2023 | 61000 | 8.27 | $ 504,470.00 | | | | | | - | 61000 | 61000 | $ 04.31 | $ 262,706.67 | $ 241,763.33 | $ 241,763.33 |
| 10-27-2023 | 40000 | 6.64 | $ 265,600.00 | | | | | | - | 40000 | 40000 | $ 04.31 | $ 172,266.67 | $ 93,333.33 | $ 93,333.33 |
| **Total:** | **101,000** | | **$ 770,070.00** | | | | | | | **101,000** | **101,000** | | **$ 434,973.33** | **$ 335,096.67** | **$ 335,096.67** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.