# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**TRANSOCEAN LTD. SECURITIES LITIGATION**

I, Patrick Kocher, certify that:

1.  I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Transocean Ltd. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Transocean Ltd. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

2/7/2025
_____

Date

_____

Patrick Kocher

Patrick Kocher

**Patrick Kocher's Transactions in Transocean Ltd. (RIG)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/20/2023 | Bought | 10,000 | $8.0500 |
| 9/21/2023 | Bought | 5,000 | $7.9900 |
| 9/21/2023 | Bought | 1,000 | $8.0100 |
| 9/27/2023 | Sold | -16,000 | $8.6200 |
| 9/29/2023 | Bought | 10,000 | $8.3100 |
| 9/29/2023 | Bought | 5,000 | $8.2100 |
| 10/2/2023 | Bought | 20,000 | $8.0500 |
| 10/2/2023 | Bought | 5,000 | $8.0700 |
| 10/2/2023 | Bought | 3,600 | $8.0500 |
| 10/2/2023 | Bought | 1,400 | $8.0500 |
| 10/2/2023 | Bought | 1,000 | $7.9800 |
| 10/2/2023 | Bought | 505 | $7.9700 |
| 10/2/2023 | Bought | 495 | $7.9800 |
| 10/6/2023 | Bought | 200 | $7.6300 |
| 10/6/2023 | Bought | 200 | $7.6400 |

## SWORN CERTIFICATION OF PLAINTIFF
## TRANSOCEAN LTD. (RIG) SECURITIES LITIGATION

I, John Fogel, as Trustee of the John Fogel Revocable Trust (the "Trust"), certify that:

1.      I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of lead plaintiff motion on behalf of myself and the Trust.

2.      I am duly authorized to institute legal action on the Trust's behalf, including legal action against Transocean Ltd., and other defendants.

3.      I and the Trust did not purchase the Transocean Ltd. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.      I and the Trust are willing to serve as a representative party on behalf of a class, and I am willing to provide testimony at deposition and trial, if necessary.

5.      My and the Trust's transactions in Transocean Ltd. securities during the period set forth in the Complaint are as follows:

        (See attached transactions)

6.      I and the Trust have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for:

        *Patel v. Lululemon Athletica Inc.*, No. 1:24-cv-06033 (S.D.N.Y.)

7.      I and the Trust will not accept any payment for serving as a representative party, except to receive our pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


February 24, 2025
_____
Date

DocuSigned by:
_____
1B214030AF2D46C...
John Fogel, Trustee
John Fogel Revocable Trust

**John Fogel Revocable Trust's Transactions in
Transocean Ltd. (RIG)**

### Common Stock

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/21/2024 | Bought | 50,000 | $4.7989 |
| 2/22/2024 | Sold | -50,000 | $4.8303 |
| 2/27/2024 | Bought | 50,000 | $4.7699 |
| 2/27/2024 | Sold | -50,000 | $4.8200 |
| 2/28/2024 | Bought | 50,000 | $4.8090 |
| 2/28/2024 | Bought | 25,000 | $4.7899 |
| 2/28/2024 | Bought | 10,000 | $4.7898 |
| 2/29/2024 | Bought | 25,000 | $4.8566 |
| 2/29/2024 | Bought | 10,000 | $4.7898 |
| 2/29/2024 | Bought | 5,008 | $4.7081 |
| 2/29/2024 | Bought | 5,000 | $4.8199 |
| 2/29/2024 | Bought | 5,000 | $4.8394 |
| 2/29/2024 | Sold | -35,000 | $4.8729 |
| 3/1/2024 | Sold | -100,008 | $4.9321 |
| 4/11/2024 | Bought | 30,000 | $6.2194 |
| 4/11/2024 | Bought | 25,000 | $6.2000 |
| 4/11/2024 | Bought | 20,000 | $6.2000 |
| 4/11/2024 | Sold | -12,601 | $6.2600 |
| 4/11/2024 | Sold | -62,399 | $6.2400 |
| 4/12/2024 | Bought | 50,000 | $6.3094 |
| 4/12/2024 | Bought | 50,000 | $6.3099 |
| 4/12/2024 | Bought | 10,000 | $6.2893 |
| 4/12/2024 | Bought | 10,000 | $6.2099 |
| 4/12/2024 | Sold | -50,000 | $6.3802 |
| 4/15/2024 | Bought | 10,000 | $6.1699 |
| 5/14/2024 | Bought | 20,000 | $5.9499 |
| 5/14/2024 | Bought | 20,000 | $5.9391 |
| 5/14/2024 | Sold | -20,000 | $5.9901 |
| 5/14/2024 | Sold | -20,000 | $5.9701 |
| 5/15/2024 | Bought | 25,000 | $5.9300 |
| 5/15/2024 | Bought | 25,000 | $5.9194 |
| 5/15/2024 | Sold | -25,000 | $5.9824 |
| 5/15/2024 | Sold | -25,000 | $5.9400 |
| 5/20/2024 | Sold | -80,000 | $6.3230 |
| 5/22/2024 | Bought | 50,000 | $5.9600 |
| 5/22/2024 | Bought | 50,000 | $5.9637 |
| 5/22/2024 | Sold | -50,000 | $5.9821 |
| 5/28/2024 | Sold | -50,000 | $5.9711 |
| 5/31/2024 | Bought | 49,434 | $5.8994 |
| 5/31/2024 | Bought | 566 | $5.8900 |
| 5/31/2024 | Sold | -50,000 | $5.9401 |
| 6/5/2024 | Bought | 75,000 | $5.4371 |
| 6/5/2024 | Bought | 25,000 | $5.4400 |
| 6/5/2024 | Bought | 14,000 | $5.4491 |
| 6/5/2024 | Bought | 4,100 | $5.4400 |
| 6/5/2024 | Bought | 1,000 | $5.4400 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/6/2024 | Bought | 10,000 | $5.4099 |
| 6/6/2024 | Bought | 10,000 | $5.3899 |
| 6/10/2024 | Sold | -3,000 | $5.6601 |
| 6/10/2024 | Sold | -50,000 | $5.6673 |
| 6/12/2024 | Bought | 40,000 | $5.6492 |
| 6/12/2024 | Sold | -5 | $5.7601 |
| 6/12/2024 | Sold | -40,000 | $5.6701 |
| 6/12/2024 | Sold | -86,095 | $5.6907 |
| 6/18/2024 | Bought | 75,000 | $5.2593 |
| 6/18/2024 | Bought | 75,000 | $5.2629 |
| 6/18/2024 | Sold | -75,000 | $5.3301 |
| 6/20/2024 | Sold | -75,000 | $5.2647 |
| 6/24/2024 | Bought | 45,000 | $5.3199 |
| 6/24/2024 | Bought | 30,000 | $5.2492 |
| 6/27/2024 | Bought | 30,000 | $5.3072 |
| 6/27/2024 | Sold | -30,000 | $5.3304 |
| 6/28/2024 | Sold | -30,000 | $5.3201 |
| 6/28/2024 | Sold | -45,000 | $5.3300 |
| 7/1/2024 | Bought | 80,000 | $5.1750 |
| 7/3/2024 | Bought | 80,000 | $5.1386 |
| 7/3/2024 | Sold | -80,000 | $5.2115 |
| 7/9/2024 | Bought | 24,214 | $5.0199 |
| 7/10/2024 | Bought | 50,000 | $4.9699 |
| 7/10/2024 | Sold | -24,214 | $5.0300 |
| 7/10/2024 | Sold | -50,000 | $4.9906 |
| 7/11/2024 | Bought | 25,000 | $5.0989 |
| 7/11/2024 | Bought | 25,000 | $5.0597 |
| 7/11/2024 | Sold | -25,000 | $5.1301 |
| 7/11/2024 | Sold | -25,000 | $5.1211 |
| 7/11/2024 | Sold | -80,000 | $5.1610 |
| 8/5/2024 | Bought | 100,000 | $5.0998 |
| 8/6/2024 | Bought | 126,177 | $5.0700 |
| 8/6/2024 | Bought | 100,000 | $5.0895 |
| 8/6/2024 | Bought | 80,000 | $5.0699 |
| 8/6/2024 | Bought | 53,823 | $5.0600 |
| 8/6/2024 | Sold | -100,000 | $5.1100 |
| 8/6/2024 | Sold | -180,000 | $5.1424 |
| 8/7/2024 | Bought | 100,000 | $5.1574 |
| 8/7/2024 | Bought | 80,000 | $5.1439 |
| 8/7/2024 | Bought | 20,000 | $5.0794 |
| 8/7/2024 | Sold | -3,478 | $5.2600 |
| 8/7/2024 | Sold | -44,500 | $5.2500 |
| 8/7/2024 | Sold | -132,022 | $5.2400 |
| 8/8/2024 | Sold | -200,000 | $5.1832 |
| 8/13/2024 | Bought | 100,000 | $5.1586 |
| 8/13/2024 | Bought | 50,000 | $5.1572 |
| 8/13/2024 | Sold | -150,000 | $5.1807 |
| 8/14/2024 | Bought | 100,000 | $5.1649 |
| 8/14/2024 | Bought | 50,000 | $5.1370 |
| 8/14/2024 | Bought | 50,000 | $5.1197 |
| 8/15/2024 | Bought | 50,000 | $5.1999 |
| 8/15/2024 | Sold | -15,000 | $5.1701 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/15/2024 | Sold | -50,000 | $5.1530 |
| 8/15/2024 | Sold | -50,000 | $5.2500 |
| 8/15/2024 | Sold | -135,000 | $5.2200 |
| 8/16/2024 | Bought | 100,000 | $5.2128 |
| 8/16/2024 | Bought | 50,000 | $5.1899 |
| 8/16/2024 | Bought | 50,000 | $5.1900 |
| 8/16/2024 | Bought | 50,000 | $5.1798 |
| 8/16/2024 | Bought | 40,412 | $5.1893 |
| 8/16/2024 | Bought | 1,300 | $5.1900 |
| 8/16/2024 | Sold | -191,712 | $5.2300 |
| 8/19/2024 | Bought | 100,000 | $5.2198 |
| 8/19/2024 | Bought | 50,000 | $5.2098 |
| 8/19/2024 | Bought | 50,000 | $5.1799 |
| 8/19/2024 | Bought | 31,724 | $5.1887 |
| 8/19/2024 | Bought | 20,000 | $5.1791 |
| 8/19/2024 | Sold | -151,724 | $5.2320 |
| 8/20/2024 | Bought | 50,000 | $5.0190 |
| 8/23/2024 | Bought | 50,000 | $4.9698 |
| 8/26/2024 | Bought | 100,000 | $5.0199 |
| 8/26/2024 | Sold | -100,000 | $5.0409 |

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Unit Price |
|---|---|---|---|---|---|
| 4/15/2024 | Bought to Open | Call | 4/19/2024 / $6.50 | 800 | $0.0400 |
| 4/15/2024 | Sold to Close | Call | 4/19/2024 / $6.50 | -800 | $0.0300 |