# EXHIBIT C

Financial Interest Analysis

**Company Name:** Transocean Ltd.
**Ticker:** RIG
**Class Period:** May 1, 2023 to September 2, 2024

**Name:** **Patrick Kocher**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/20/2023 | 10,000 | $8.0500 | -$80,500.0000 | | $0.0000 | -$80,500.00 |
| 9/21/2023 | 5,000 | $7.9900 | -$39,950.0000 | | $0.0000 | -$39,950.00 |
| 9/21/2023 | 1,000 | $8.0100 | -$8,010.0000 | | $0.0000 | -$8,010.00 |
| 9/27/2023 | -16,000 | | $0.0000 | $8.6200 | $137,920.0000 | $137,920.00 |
| 9/29/2023 | 10,000 | $8.3100 | -$83,100.0000 | | $0.0000 | -$83,100.00 |
| 9/29/2023 | 5,000 | $8.2100 | -$41,050.0000 | | $0.0000 | -$41,050.00 |
| 10/2/2023 | 20,000 | $8.0500 | -$161,000.0000 | | $0.0000 | -$161,000.00 |
| 10/2/2023 | 5,000 | $8.0700 | -$40,350.0000 | | $0.0000 | -$40,350.00 |
| 10/2/2023 | 3,600 | $8.0500 | -$28,980.0000 | | $0.0000 | -$28,980.00 |
| 10/2/2023 | 1,400 | $8.0500 | -$11,270.0000 | | $0.0000 | -$11,270.00 |
| 10/2/2023 | 1,000 | $7.9800 | -$7,980.0000 | | $0.0000 | -$7,980.00 |
| 10/2/2023 | 505 | $7.9700 | -$4,024.8500 | | $0.0000 | -$4,024.85 |
| 10/2/2023 | 495 | $7.9800 | -$3,950.1000 | | $0.0000 | -$3,950.10 |
| 10/6/2023 | 200 | $7.6300 | -$1,526.0000 | | $0.0000 | -$1,526.00 |
| 10/6/2023 | 200 | $7.6400 | -$1,528.0000 | | $0.0000 | -$1,528.00 |

| Shares Retained: | 47,400 | | | | Subtotal: | -$375,298.95 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $204,136.00 |
| | | | $4.3067 | 47,400 | Total: | -$171,162.95 |

**Name:** **John Fogel Revocable Trust**

Common Stock

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/21/2024 | 50,000 | $4.7989 | -$239,945.0000 | | $0.0000 | -$239,945.00 |
| 2/22/2024 | -50,000 | | $0.0000 | $4.8303 | $241,515.0000 | $241,515.00 |
| 2/27/2024 | 50,000 | $4.7699 | -$238,495.0000 | | $0.0000 | -$238,495.00 |
| 2/27/2024 | -50,000 | | $0.0000 | $4.8200 | $241,000.0000 | $241,000.00 |
| 2/28/2024 | 50,000 | $4.8090 | -$240,450.0000 | | $0.0000 | -$240,450.00 |
| 2/28/2024 | 25,000 | $4.7899 | -$119,747.5000 | | $0.0000 | -$119,747.50 |
| 2/28/2024 | 10,000 | $4.7898 | -$47,898.0000 | | $0.0000 | -$47,898.00 |
| 2/29/2024 | 25,000 | $4.8566 | -$121,415.0000 | | $0.0000 | -$121,415.00 |
| 2/29/2024 | 10,000 | $4.7898 | -$47,898.0000 | | $0.0000 | -$47,898.00 |
| 2/29/2024 | 5,008 | $4.7081 | -$23,578.1648 | | $0.0000 | -$23,578.16 |
| 2/29/2024 | 5,000 | $4.8199 | -$24,099.5000 | | $0.0000 | -$24,099.50 |
| 2/29/2024 | 5,000 | $4.8394 | -$24,197.0000 | | $0.0000 | -$24,197.00 |
| 2/29/2024 | -35,000 | | $0.0000 | $4.8729 | $170,551.5000 | $170,551.50 |
| 3/1/2024 | -100,008 | | $0.0000 | $4.9321 | $493,249.4568 | $493,249.46 |
| 4/11/2024 | 30,000 | $6.2194 | -$186,582.0000 | | $0.0000 | -$186,582.00 |
| 4/11/2024 | 25,000 | $6.2000 | -$155,000.0000 | | $0.0000 | -$155,000.00 |
| 4/11/2024 | 20,000 | $6.2000 | -$124,000.0000 | | $0.0000 | -$124,000.00 |
| 4/11/2024 | -12,601 | | $0.0000 | $6.2600 | $78,882.2600 | $78,882.26 |
| 4/11/2024 | -62,399 | | $0.0000 | $6.2400 | $389,369.7600 | $389,369.76 |
| 4/12/2024 | 50,399 | $6.3094 | -$315,470.0000 | | $0.0000 | -$315,470.00 |
| 4/12/2024 | 50,000 | $6.3099 | -$315,495.0000 | | $0.0000 | -$315,495.00 |
| 4/12/2024 | 10,000 | $6.2893 | -$62,893.0000 | | $0.0000 | -$62,893.00 |
| 4/12/2024 | 10,000 | $6.2099 | -$62,099.0000 | | $0.0000 | -$62,099.00 |
| 4/12/2024 | -50,000 | | $0.0000 | $6.3802 | $319,010.0000 | $319,010.00 |
| 4/15/2024 | 10,000 | $6.1699 | -$61,699.0000 | | $0.0000 | -$61,699.00 |
| 5/14/2024 | 20,000 | $5.9499 | -$118,998.0000 | | $0.0000 | -$118,998.00 |
| 5/14/2024 | 20,000 | $5.9391 | -$118,782.0000 | | $0.0000 | -$118,782.00 |
| 5/14/2024 | -20,000 | | $0.0000 | $5.9901 | $119,802.0000 | $119,802.00 |
| 5/14/2024 | -20,000 | | $0.0000 | $5.9701 | $119,402.0000 | $119,402.00 |
| 5/15/2024 | 25,000 | $5.9300 | -$148,250.0000 | | $0.0000 | -$148,250.00 |
| 5/15/2024 | 25,000 | $5.9194 | -$147,985.0000 | | $0.0000 | -$147,985.00 |
| 5/15/2024 | -25,000 | | $0.0000 | $5.9824 | $149,560.0000 | $149,560.00 |
| 5/15/2024 | -25,000 | | $0.0000 | $5.9400 | $148,500.0000 | $148,500.00 |
| 5/20/2024 | -80,000 | | $0.0000 | $6.3230 | $505,840.0000 | $505,840.00 |
| 5/22/2024 | 50,000 | $5.9600 | -$298,000.0000 | | $0.0000 | -$298,000.00 |
| 5/22/2024 | 50,000 | $5.9637 | -$298,185.0000 | | $0.0000 | -$298,185.00 |
| 5/22/2024 | -50,000 | | $0.0000 | $5.9821 | $299,105.0000 | $299,105.00 |
| 5/28/2024 | -50,000 | | $0.0000 | $5.9711 | $298,555.0000 | $298,555.00 |
| 5/31/2024 | 49,434 | $5.8994 | -$291,630.9396 | | $0.0000 | -$291,630.94 |
| 5/31/2024 | 566 | $5.8900 | -$3,333.7400 | | $0.0000 | -$3,333.74 |
| 5/31/2024 | -50,000 | | $0.0000 | $5.9401 | $297,005.0000 | $297,005.00 |
| 6/5/2024 | 75,000 | $5.4371 | -$407,782.5000 | | $0.0000 | -$407,782.50 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/5/2024 | 25,000 | $5.4400 | -$136,000.0000 | | $0.0000 | -$136,000.00 |
| 6/5/2024 | 14,000 | $5.4491 | -$76,287.4000 | | $0.0000 | -$76,287.40 |
| 6/5/2024 | 4,100 | $5.4400 | -$22,304.0000 | | $0.0000 | -$22,304.00 |
| 6/5/2024 | 1,000 | $5.4400 | -$5,440.0000 | | $0.0000 | -$5,440.00 |
| 6/6/2024 | 10,000 | $5.4099 | -$54,099.0000 | | $0.0000 | -$54,099.00 |
| 6/6/2024 | 10,000 | $5.3899 | -$53,899.0000 | | $0.0000 | -$53,899.00 |
| 6/10/2024 | -3,000 | | $0.0000 | $5.6601 | $16,980.3000 | $16,980.30 |
| 6/10/2024 | -50,000 | | $0.0000 | $5.6673 | $283,365.0000 | $283,365.00 |
| 6/12/2024 | 40,000 | $5.6492 | -$225,968.0000 | | $0.0000 | -$225,968.00 |
| 6/12/2024 | -5 | | $0.0000 | $5.7601 | $28.8005 | $28.80 |
| 6/12/2024 | -40,000 | | $0.0000 | $5.6701 | $226,804.0000 | $226,804.00 |
| 6/12/2024 | -86,095 | | $0.0000 | $5.6907 | $489,940.8165 | $489,940.82 |
| 6/18/2024 | 75,000 | $5.2593 | -$394,447.5000 | | $0.0000 | -$394,447.50 |
| 6/18/2024 | 75,000 | $5.2629 | -$394,717.5000 | | $0.0000 | -$394,717.50 |
| 6/18/2024 | -75,000 | | $0.0000 | $5.3301 | $399,757.5000 | $399,757.50 |
| 6/20/2024 | -75,000 | | $0.0000 | $5.2647 | $394,852.5000 | $394,852.50 |
| 6/24/2024 | 45,000 | $5.3199 | -$239,395.5000 | | $0.0000 | -$239,395.50 |
| 6/24/2024 | 30,000 | $5.2492 | -$157,476.0000 | | $0.0000 | -$157,476.00 |
| 6/27/2024 | 30,000 | $5.3072 | -$159,216.0000 | | $0.0000 | -$159,216.00 |
| 6/27/2024 | -30,000 | | $0.0000 | $5.3304 | $159,912.0000 | $159,912.00 |
| 6/28/2024 | -30,000 | | $0.0000 | $5.3201 | $159,603.0000 | $159,603.00 |
| 6/28/2024 | -45,000 | | $0.0000 | $5.3300 | $239,850.0000 | $239,850.00 |
| 7/1/2024 | 80,000 | $5.1750 | -$414,000.0000 | | $0.0000 | -$414,000.00 |
| 7/3/2024 | 80,000 | $5.1386 | -$411,088.0000 | | $0.0000 | -$411,088.00 |
| 7/3/2024 | -80,000 | | $0.0000 | $5.2115 | $416,920.0000 | $416,920.00 |
| 7/9/2024 | 24,214 | $5.0199 | -$121,551.8586 | | $0.0000 | -$121,551.86 |
| 7/10/2024 | 50,000 | $4.9699 | -$248,495.0000 | | $0.0000 | -$248,495.00 |
| 7/10/2024 | -24,214 | | $0.0000 | $5.0300 | $121,796.4200 | $121,796.42 |
| 7/10/2024 | -50,000 | | $0.0000 | $4.9906 | $249,530.0000 | $249,530.00 |
| 7/11/2024 | 25,000 | $5.0989 | -$127,472.5000 | | $0.0000 | -$127,472.50 |
| 7/11/2024 | 25,000 | $5.0597 | -$126,492.5000 | | $0.0000 | -$126,492.50 |
| 7/11/2024 | -25,000 | | $0.0000 | $5.1301 | $128,252.5000 | $128,252.50 |
| 7/11/2024 | -25,000 | | $0.0000 | $5.1211 | $128,027.5000 | $128,027.50 |
| 7/11/2024 | -80,000 | | $0.0000 | $5.1610 | $412,880.0000 | $412,880.00 |
| 8/5/2024 | 100,000 | $5.0998 | -$509,980.0000 | | $0.0000 | -$509,980.00 |
| 8/6/2024 | 126,177 | $5.0700 | -$639,717.3900 | | $0.0000 | -$639,717.39 |
| 8/6/2024 | 100,000 | $5.0895 | -$508,950.0000 | | $0.0000 | -$508,950.00 |
| 8/6/2024 | 80,000 | $5.0699 | -$405,592.0000 | | $0.0000 | -$405,592.00 |
| 8/6/2024 | 53,823 | $5.0600 | -$272,344.3800 | | $0.0000 | -$272,344.38 |
| 8/6/2024 | -100,000 | | $0.0000 | $5.1100 | $511,000.0000 | $511,000.00 |
| 8/6/2024 | -180,000 | | $0.0000 | $5.1424 | $925,632.0000 | $925,632.00 |
| 8/7/2024 | 100,000 | $5.1574 | -$515,740.0000 | | $0.0000 | -$515,740.00 |
| 8/7/2024 | 80,000 | $5.1439 | -$411,512.0000 | | $0.0000 | -$411,512.00 |
| 8/7/2024 | 20,000 | $5.0794 | -$101,588.0000 | | $0.0000 | -$101,588.00 |
| 8/7/2024 | -3,478 | | $0.0000 | $5.2600 | $18,294.2800 | $18,294.28 |
| 8/7/2024 | -44,500 | | $0.0000 | $5.2500 | $233,625.0000 | $233,625.00 |
| 8/7/2024 | -132,022 | | $0.0000 | $5.2400 | $691,795.2800 | $691,795.28 |
| 8/8/2024 | -200,000 | | $0.0000 | $5.1832 | $1,036,640.0000 | $1,036,640.00 |
| 8/13/2024 | 100,000 | $5.1586 | -$515,860.0000 | | $0.0000 | -$515,860.00 |
| 8/13/2024 | 50,000 | $5.1572 | -$257,860.0000 | | $0.0000 | -$257,860.00 |
| 8/13/2024 | -150,000 | | $0.0000 | $5.1807 | $777,105.0000 | $777,105.00 |
| 8/14/2024 | 100,000 | $5.1649 | -$516,490.0000 | | $0.0000 | -$516,490.00 |
| 8/14/2024 | 50,000 | $5.1370 | -$256,850.0000 | | $0.0000 | -$256,850.00 |
| 8/14/2024 | 50,000 | $5.1197 | -$255,985.0000 | | $0.0000 | -$255,985.00 |
| 8/15/2024 | 50,000 | $5.1999 | -$259,995.0000 | | $0.0000 | -$259,995.00 |
| 8/15/2024 | -15,000 | | $0.0000 | $5.1701 | $77,551.5000 | $77,551.50 |
| 8/15/2024 | -50,000 | | $0.0000 | $5.1530 | $257,650.0000 | $257,650.00 |
| 8/15/2024 | -50,000 | | $0.0000 | $5.2500 | $262,500.0000 | $262,500.00 |
| 8/15/2024 | -135,000 | | $0.0000 | $5.2200 | $704,700.0000 | $704,700.00 |
| 8/16/2024 | 100,000 | $5.2128 | -$521,280.0000 | | $0.0000 | -$521,280.00 |
| 8/16/2024 | 50,000 | $5.1899 | -$259,495.0000 | | $0.0000 | -$259,495.00 |
| 8/16/2024 | 50,000 | $5.1900 | -$259,500.0000 | | $0.0000 | -$259,500.00 |
| 8/16/2024 | 50,000 | $5.1798 | -$258,990.0000 | | $0.0000 | -$258,990.00 |
| 8/16/2024 | 40,412 | $5.1893 | -$209,709.9916 | | $0.0000 | -$209,709.99 |
| 8/16/2024 | 1,300 | $5.1900 | -$6,747.0000 | | $0.0000 | -$6,747.00 |
| 8/16/2024 | -191,712 | | $0.0000 | $5.2300 | $1,002,653.7600 | $1,002,653.76 |
| 8/19/2024 | 100,000 | $5.2198 | -$521,980.0000 | | $0.0000 | -$521,980.00 |
| 8/19/2024 | 50,000 | $5.2098 | -$260,490.0000 | | $0.0000 | -$260,490.00 |
| 8/19/2024 | 50,000 | $5.1799 | -$258,995.0000 | | $0.0000 | -$258,995.00 |
| 8/19/2024 | 31,724 | $5.1887 | -$164,606.3188 | | $0.0000 | -$164,606.32 |
| 8/19/2024 | 20,000 | $5.1791 | -$103,582.0000 | | $0.0000 | -$103,582.00 |
| 8/19/2024 | -151,724 | | $0.0000 | $5.2320 | $793,819.9680 | $793,819.97 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/20/2024 | 50,000 | $5.0190 | -$250,950.0000 | | $0.0000 | -$250,950.00 |
| 8/23/2024 | 50,000 | $4.9698 | -$248,490.0000 | | $0.0000 | -$248,490.00 |
| 8/26/2024 | 100,000 | $5.0199 | -$501,990.0000 | | $0.0000 | -$501,990.00 |
| 8/26/2024 | -100,000 | | $0.0000 | $5.0409 | $504,090.0000 | $504,090.00 |
| **Shares Retained:** | **300,000** | | | | **Subtotal:** | **-$1,370,623.08** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $1,292,000.00 |
| | | | $4.3067 | 300,000 | **Common Stock Total:** | **-$78,623.08** |

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/15/2024 | Bought to Open | Call | 4/19/2024 / $6.5 | 800 | $0.0400 | -$3,200.00 |
| 4/15/2024 | Sold to Close | Call | 4/19/2024 / $6.5 | -800 | $0.0300 | $2,400.00 |
| | | | **Contracts Remaining:** | **0** | **Options Total:** | **-$800.00** |

| | | |
|---|---|---|
| | **Movants' Combined Total:** | **-$250,586.03** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between September 3, 2024 and November 29, 2024.