# EXHIBIT D

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MÁTAY GÁBOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA,<br><br><br>Defendants. | Case No. 1:24-cv-09964-AT |
| DAVID MATTESON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA,<br><br><br>Defendants. | Case No. 1:25-cv-01112-UA |

**JOINT DECLARATION OF PATRICK KOCHER AND JOHN FOGEL IN SUPPORT OF THEIR MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

The undersigned, under penalties of perjury under the laws of the United States of America, declare as follows:

1.      We respectfully submit this Joint Declaration in support of our Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel filed concurrently herewith (the "Lead Plaintiff Motion"). We each have personal knowledge about the information in this Joint Declaration relating to ourselves.

2.      I, Patrick Kocher, reside in Oak Creek, Wisconsin. I am the maintenance manager for a foundry located in Oak Creek, Wisconsin. Prior to that I was a member of the U.S. Military. I have been managing my own portfolio for approximately 10 years.

3.      I, John Fogel, as Trustee of the John Fogel Revocable Trust (the "Fogel Trust") am authorized to make this declaration on behalf of the Fogel Trust. I am also authorized to bind the Fogel Trust in connection with this litigation, and I will be the main contact for the Fogel Trust in this litigation. I reside in Chicago, Illinois. I have a Master of Fine Arts degree. I am currently retired, prior to which I developed movies. I have experience working with attorneys. I have been managing my own portfolio for approximately 30 years.

4.      We each reached out to counsel seeking representation in this class action against Transocean Ltd. ("Transocean"), reviewed the class action complaints against Transocean and the other defendants, and expressed a desire to seek appointment as lead plaintiff individually or with other investors.

5.      Before our Lead Plaintiff Motion was filed, we conferred with each other and counsel by email and held a conference call with each other and with Glancy Prongay & Murray LLP ("GPM") to discuss filing a joint motion for appointment as lead plaintiff. During our discussions, we reviewed the respective responsibilities of counsel and lead plaintiff. We also

1

discussed a protocol for maintaining regular contact with each other and with counsel to ensure that we have an effective and efficient method of decision-making during the litigation. We have each other's contact information to allow for communication amongst ourselves absent the presence of counsel, if necessary. Through our discussions with each other and counsel we decided to collectively move for appointment as lead plaintiff in this securities class action and to propose GPM as lead counsel for the class.

6.      We believe that the Court should appoint us as lead plaintiff because we are investors with a significant interest in the outcome of the litigation, and we have the capability and competency to oversee this litigation to a successful conclusion. We have carefully considered, with the assistance of counsel, the merits of this action and our respective losses. We are capable of actively participating in this action and are committed to doing so, in part by working closely with our counsel, to obtain the best possible recovery for the class in an efficient manner.

7.      We each have knowledge of the requirements and responsibilities of lead plaintiffs in a securities class action. We have agreed to exercise joint decision-making and to work together if appointed in this action to protect the interests of the class. We will have periodic communications with counsel, and without if necessary, to discuss the status of the litigation and ensure its proper prosecution. We are committed to the zealous prosecution of this case and will remain actively involved in it, including through our attendance at deposition and trial, if necessary. We understand that if appointed we would both owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with lead counsel to obtain the largest possible recovery for the putative class in good faith and with vigorous advocacy.

8.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that

2

end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary obligations to the class. We recognize that in the event of a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

9.    We have selected proposed lead counsel in this action based upon their experience and resources, and we are confident in our ability to work with our counsel to protect the interest of the class. We understand that one of our primary responsibilities will be overseeing lead counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

10.    We understand that, as the lead plaintiff in this action, we are subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

[Signatures on Next Page]

3

Docusign Envelope ID: 8F102BD9-A10B-4E65-8184-2B520674C828

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on __2/24/2025__.

_PATRICK KOCHER_

_____
Patrick Kocher


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on _____.

_____
John Fogel, Trustee
John Fogel Revocable Trust

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.


Executed on _____.


_____
Patrick Kocher



Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.


Executed on February 24, 2025 .

DocuSigned by:

_____
1B214030AF2D46C...
John Fogel, Trustee
John Fogel Revocable Trust

4