UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MÁTAY GÁBOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA,<br><br>Defendants. | Case No.  1:24-cv-09964-AT |
| DAVID MATTESON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA,<br><br>Defendants. | Case No.  1:25-cv-01112-UA |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF ASKEL MATRE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Askel Matre ("Matre"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Matre's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Chart setting forth Matre's financial interest in this litigation;

Exhibit B:      Press release published via *Business Wire* on December 26, 2024, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:      Shareholder Certification executed by Matre;

Exhibit D:      Declaration executed by Matre; and

Exhibit E:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 24, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1