# EXHIBIT A

**Transocean Ltd. (RIG)**
**Class Period: May 1, 2023 to September 2, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $4.3059 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account 1** | | | | | | | | | | | | |
| Askel Matre | | | | | Preclass | 25,000 | | | | | | |
| Askel Matre | 7/24/2023 | 100 | $8.3550 | ($836) | 7/18/2023 | (25,000) | $8.7500 | $218,750 | | | | |
| Askel Matre | 7/24/2023 | 9,900 | $8.3600 | ($82,764) | 7/25/2024 | (10,000) | $5.7600 | $57,600 | | | | |
| Askel Matre | 8/22/2023 | 10,000 | $7.8250 | ($78,250) | 10/3/2024 | (4,000) | $4.6000 | $18,400 | | | | |
| Askel Matre | 10/26/2023 | 5,000 | $6.6900 | ($33,450) | | | | | | | | |
| Askel Matre | 7/5/2024 | 10,000 | $5.0500 | ($50,500) | | | | | | | | |
| Askel Matre | 8/22/2024 | 10,000 | $4.7500 | ($47,500) | | | | | | | | |
| **Askel Matre** | | **45,000** | | **($293,300)** | | **(39,000)** | | **$294,750** | **35,000** | **31,000** | **$133,484** | **($83,815)** |
| **Account 2** | | | | | | | | | | | | |
| **Askel Matre** | **2/21/2024** | **2,000** | **$4.8500** | **($9,700)** | | **0** | | **$0** | **2,000** | **2,000** | **$8,612** | **($1,088)** |
| **Askel Matre** | | **47,000** | | **($303,000)** | | **(39,000)** | | **$294,750** | **37,000** | **33,000** | **$142,096** | **($84,904)** |

*Avg Closing Prices fromSeptember 3, 2024 to November 29, 2024