UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MÁTAY GÁBOR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA, <br><br> Defendants. | Case No.  1:24-cv-09964-AT |
| DAVID MATTESON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TRANSOCEAN LTD., JEREMY D. THIGPEN, MARK L. MEY, and THAD VAYDA, <br><br> Defendants. | Case No.  1:25-cv-01112-UA |

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

On February 24, 2025, Askel Matre ("Matre") filed a motion, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Matre as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired Transocean Ltd. securities between May 1, 2023 and September 2, 2024, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 19.

Having reviewed the competing motions before the Court, it appears that Matre does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This statement of non-opposition shall have no impact on Matre's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  March 10, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ J. Alexander Hood II*
J. Alexander Hood II
Jeremy A. Lieberman
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com
tprzybylowski@pomlaw.com

*Counsel for Askel Matre*

THE SCHALL FIRM
Brian Schall

1

2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
brian@schallfirm.com

*Additional Counsel for Askel Matre*

2