# Levi & Korsinsky

33 Whitehall St., 17th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

Nicholas I. Porritt
nporritt@zlk.com

May 7, 2025

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 15D
New York, NY 10007-1312

**Re: *In re Transocean Ltd. Securities Litigation*, No. 24 Civ. 9964**

Dear Judge Torres:

We represent Lead Plaintiff and are Lead Counsel in the above referenced matter. On April 23, 2025, this Court entered an order directing the parties to meet and confer and provide the Court with a proposed case management plan concerning the schedule for the matter. The parties have conferred and with this letter submit submit a proposed case management order containing the following deadlines: (1) Plaintiff shall have until July 7, 2025 to submit any amended pleadings in this action; (2) Defendants shall move, answer, or otherwise respond to any such amended pleadings on September 5, 2025; (3) Plaintiff's  Opposition to any Motion(s) to Dismiss filed by Defendants shall be due on November 4, 2025; (4) Defendants Reply in Response to any such Opposition filed by Plaintiff shall be due on December 4, 2025.

The parties recognize that Your Honor's Case Management and Scheduling Order template encompasses additional deadlines, but given the heightened pleading standards and the discovery stay applicable to securities class actions prescribed by the Private Securities Litigation Reform Act of 1995, the parties believe it is premature to propose dates that will likely need to be amended following any orders issued as a result of Defendants' anticipated motions to dismiss Lead Plaintiff's forthcoming amended complaint. Accordingly, the parties have agreed, subject to the Court's approval, to submit within fourteen (14) days of the Court's resolution of Defendants' anticipated motion to dismiss a joint letter and a jointly proposed Case Management Plan and Scheduling Order, in accordance with the Court's Individual Rules of Practice II(B), containing the remaining case schedule and plan for the Court's approval. The parties respectfully request that the Court grant the parties' request to postpone the remainder of the Case Management Plan and Scheduling Order until such date.



Hon. Analisa Torres<br>May 7, 2025

Respectfully submitted,

LEVI & KORSINSKY LLP


*Nicholas Porritt*　　　　　　
Nicholas I. Porritt

Encl.

cc:　　All counsel of record (via ECF)