**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re Transocean Ltd. Securities Litigation |

Case No.: 1:24-cv-09964-AT

Hon. Analisa Torres

### [PROPOSED] CASE MANAGEMENT ORDER

**WHEREAS**, the Class Action Complaint for Violations of the Federal Securities Laws was filed in this action on December 26, 2024;

**WHEREAS**, this action is a private securities class action litigation subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4;

**WHEREAS**, on December 30, 2024, the Court entered an initial pretrial scheduling order directing parties to submit a joint letter and jointly proposed Case Management Plan and Scheduling Order by March 3, 2025 (ECF No. 6);

**WHEREAS**, on February 28, 2025, the Court entered a Stipulation and Order directing the Parties to, within 14 days of appointment of Lead Plaintiff, to meet and confer regarding scheduling and submit a joint letter and jointly proposed Case Management Plan and Scheduling Order in accordance with the Court's Individual Rules of Practice II(B) (ECF No. 24);

**WHEREAS**, on April 23, 2025, the Court appointed John Mahoney as the lead plaintiff in this action and appointed Levi & Korsinsky, LLP as lead counsel and directed the parties to submit a joint letter and proposed case management plan by May 7, 2025 (ECF No. 32);

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties, and subject to approval of the Court, as follows:

a. Lead Plaintiff shall have until July 7, 2025, to submit any amended complaint in this action;

b. Defendants shall move, answer, or otherwise respond to any such amended complaint on September 5, 2025;

c. Lead Plaintiff's Opposition to any Motion(s) to Dismiss filed by Defendants shall be due on November 4, 2025;

d. Defendants' Reply in Response to any such Opposition filed by Lead Plaintiff shall be due on December 4, 2025; and

e. In the event that the Court denies, in whole or part, Defendants' anticipated motion to dismiss Lead Plaintiff's forthcoming amended complaint, counsel for Lead Plaintiff and Defendants shall meet and confer within fourteen (14) days regarding scheduling for the remainder of the case and shall submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order, in accordance with the Court's Individual Rules of Practice II(B), for the Court's approval.

**LEVI & KORSINSKY, LLP**
By: */s/ Nicholas Porritt*
Nicholas I. Porritt (NP-5291)
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: nporritt@zlk.com
        aapton@zlk.com

*Counsel for Lead Plaintiff John Mahoney
and Lead Counsel for the Class*

2

**HOGAN LOVELLS, LLP**

By: _/s/ William Regan_

William Regan
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3800
Email:William.regan@hoganlovells.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE