USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/16/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| IN RE TRANSOCEAN LTD. SEC. LITIG. | : | Civil Action No. 1:24-cv-09964-AT |
| | : | |
| This Document Relates To: | : | CLASS ACTION |
| | : | |
| ALL ACTIONS. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | x | |

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT David A. Rosenfeld of Robbins Geller Rudman & Dowd LLP is hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above-named attorney and law firm from the docket as well as the ECF Service List.

IT IS SO ORDERED.

DATED: ___May 16, 2025___     _____

THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE