# EXHIBIT F

TABLE OF CONTENTS

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

(Mark one)

☑ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the quarterly period ended June 30, 2024**

**OR**

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the transition period from _____ to _____**

**Commission file number 001-38373**



## Transocean Ltd.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Switzerland** | **98-0599916** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **Turmstrasse 30** | **6312** |
| **Steinhausen, Switzerland** | |
| (Address of principal executive offices) | (Zip Code) |

**+41 (41) 749-0500**

(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol | Name of each exchange on which registered |
|---|---|---|
| Shares, $0.10 par value | RIG | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑ Accelerated filer  Non-accelerated filer  Smaller reporting company ☐ Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

As of July 24, 2024, 875,470,199 shares were outstanding.

TABLE OF CONTENTS

**TRANSOCEAN LTD. AND SUBSIDIARIES**
**INDEX TO QUARTERLY REPORT ON FORM 10-Q**
**QUARTER ENDED JUNE 30, 2024**

| | | Page |
|---|---|---|
| **PART I. FINANCIAL INFORMATION** | | |
| Item 1. | Financial Statements (Unaudited) | |
| | Condensed Consolidated Statements of Operations | 1 |
| | Condensed Consolidated Statements of Comprehensive Income (Loss) | 2 |
| | Condensed Consolidated Balance Sheets | 3 |
| | Condensed Consolidated Statements of Equity | 4 |
| | Condensed Consolidated Statements of Cash Flows | 5 |
| | Notes to Condensed Consolidated Financial Statements | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 15 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 25 |
| Item 4. | Controls and Procedures | 25 |
| | **PART II. OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 26 |
| Item 1A. | Risk Factors | 26 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 27 |
| Item 3. | Defaults Upon Senior Securities | 27 |
| Item 4. | Mine Safety Disclosures | 27 |
| Item 5. | Other Information | 27 |
| Item 6. | Exhibits | 27 |

TABLE OF CONTENTS

**TRANSOCEAN LTD. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
(in millions, except share data)
(Unaudited)

| | June 30, 2024 | December 31, 2023 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 475 | $ 762 |
| Accounts receivable, net of allowance of $2 at June 30, 2024 and December 31, 2023 | 607 | 512 |
| Materials and supplies, net of allowance of $197 and $198 at June 30, 2024 and December 31, 2023, respectively | 440 | 426 |
| Restricted cash and cash equivalents | 400 | 233 |
| Other current assets | 213 | 193 |
| Total current assets | 2,135 | 2,126 |
| | | |
| Property and equipment | 24,066 | 23,875 |
| Less accumulated depreciation | (6,983) | (6,934) |
| Property and equipment, net | 17,083 | 16,941 |
| Contract intangible assets | - | 4 |
| Deferred tax assets, net | 30 | 44 |
| Other assets | 1,077 | 1,139 |
| Total assets | $ 20,325 | $ 20,254 |
| | | |
| **Liabilities and equity** | | |
| Accounts payable | $ 296 | $ 323 |
| Accrued income taxes | 22 | 23 |
| Debt due within one year | 526 | 370 |
| Other current liabilities | 729 | 681 |
| Total current liabilities | 1,573 | 1,397 |
| | | |
| Long-term debt | 6,775 | 7,043 |
| Deferred tax liabilities, net | 470 | 540 |
| Other long-term liabilities | 798 | 858 |
| Total long-term liabilities | 8,043 | 8,441 |
| | | |
| Commitments and contingencies | | |
| | | |
| Shares, $0.10 par value, 1,057,879,029 authorized, 141,262,093 conditionally authorized, 940,828,901 issued and 875,456,314 outstanding at June 30, 2024, and CHF 0.10 par value, 1,021,294,549 authorized, 142,362,093 conditionally authorized, 843,715,858 issued and 809,030,846 outstanding at December 31, 2023 | 87 | 81 |
| Additional paid-in capital | 14,859 | 14,544 |
| Accumulated deficit | (4,058) | (4,033) |
| Accumulated other comprehensive loss | (180) | (177) |
| Total controlling interest shareholders' equity | 10,708 | 10,415 |
| Noncontrolling interest | 1 | 1 |
| Total equity | 10,709 | 10,416 |
| Total liabilities and equity | $ 20,325 | $ 20,254 |

See accompanying notes.

TABLE OF CONTENTS

**TRANSOCEAN LTD. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(Unaudited)

## NOTE 1-BUSINESS

Transocean Ltd. (together with its subsidiaries and predecessors, unless the context requires otherwise, "Transocean," "we," "us" or "our") is a leading international provider of offshore contract drilling services for oil and gas wells. As of June 30, 2024, we owned or had partial ownership interests in and operated a fleet of

36 mobile offshore drilling units, consisting of 28 ultra-deepwater floaters and eight harsh environment floaters.

## NOTE 2-SIGNIFICANT ACCOUNTING POLICIES

**Presentation**-We prepared our accompanying unaudited condensed consolidated financial statements in accordance with accounting principles generally accepted in the United States ("U.S.") for interim financial information and with the instructions to Form 10-Q and Article 10 of Regulation S-X promulgated by the U.S. Securities and Exchange Commission. Pursuant to such rules and regulations, these financial statements do not include all disclosures required by accounting principles generally accepted in the U.S. for complete financial statements. The condensed consolidated financial statements reflect all adjustments, which are, in the opinion of management, necessary for a fair presentation of the financial position, results of operations and cash flows for the interim periods. Such adjustments are considered to be of a normal recurring nature unless otherwise noted. Operating results for the three and six months ended June 30, 2024, are not necessarily indicative of the results that may be expected for the year ending December 31, 2024, or for any future period. The accompanying condensed consolidated financial statements and notes thereto should be read in conjunction with the audited consolidated financial statements and notes thereto as of December 31, 2023 and 2022, and for each of the three years in the period ended December 31, 2023, included in our annual report on Form 10K filed on February 21, 2024.

**Accounting estimates**-To prepare financial statements in accordance with accounting principles generally accepted in the U.S., we must make judgments by applying estimates and assumptions that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosures of contingent assets and liabilities. On an ongoing basis, we evaluate our estimates and assumptions, including those related to our income taxes, property and equipment, equity investments, contingencies, allowance for excess materials and supplies, postemployment benefit plans and share-based compensation. We base our estimates and assumptions on historical experience and other factors that we believe are reasonable. Actual results could differ from such estimates.

**Fair value measurements**-We estimate fair value at an exchange price that would be received to sell an asset or paid to transfer a liability in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants. Our valuation techniques require inputs that we categorize using a three-level hierarchy, from highest to lowest level of observable inputs, as follows: (1) significant observable inputs, including unadjusted quoted prices for identical assets or liabilities in active markets ("Level 1"), (2) significant other observable inputs, including direct or indirect market data for similar assets or liabilities in active markets or identical assets or liabilities in less active markets ("Level 2") and (3) significant unobservable inputs, including those that require considerable judgment for which there is little or no market data ("Level 3"). When a valuation requires multiple input levels, we categorize the entire fair value measurement according to the lowest level of input that is significant to the measurement even though we may have also utilized significant inputs that are more readily observable.

## NOTE 3-ACCOUNTING STANDARDS UPDATES

### Recently issued accounting standards updates not yet adopted

**Segment reporting**-Effective for the year ending December 31, 2024, we will adopt the accounting standards update that requires incremental disclosures about a public entity's reportable segments but does not change the definition or guidance for determining reportable segments. The update, which explicitly applies to entities such as us with a single reportable segment, requires disclosure of the significant expense categories and amounts that are regularly provided to the chief operating decision-maker and included in the reported measure of segment profit or loss. Additionally, the update requires disclosures about the individual or the group or committee identified as the chief operating decision-maker. We will provide the new disclosures, as required, in our annual report for the year ending December 31, 2024 and interim periods thereafter with retrospective application to all periods presented, unless impracticable. Although our adoption of the update will require us to augment certain disclosures in the notes to consolidated financial statements, we do not expect such adoption to have a material effect on our consolidated statements of financial position, operations or cash flows.

**Income taxes**-Effective no later than January 1, 2025, we will adopt the accounting standards update that requires significant additional disclosures intended to enhance the transparency and decision usefulness of income tax disclosures, particularly in the rate reconciliation table and disclosures about income taxes paid. The new guidance will be applied prospectively and permits, but does not require, retrospective application. The update, which permits early adoption, is effective for annual periods beginning after December 15, 2024. We continue to evaluate the requirements. Although we expect our adoption will require us to augment certain disclosures in our notes to consolidated financial statements, we do not expect our adoption to have a material effect on our consolidated statements of financial position, operations or cash flows.

TABLE OF CONTENTS

| NUMBER | DESCRIPTION | LOCATION |
|---|---|---|
| 10.4 | Registration Rights Agreement dated June 28, 2024, by and among Transocean Ltd. and certain funds managed or advised by Hayfin Capital Management LLP or its affiliates | Exhibit 10.1 to Transocean Ltd.'s Current Report on Form 8-K (Commission File No. 001-38373) filed on June 28, 2024 |
| 31.1 | Certification of Chief Executive Officer pursuant to Rule 13a-14(a) of the Securities Exchange Act of 1934 and Section 302 of the Sarbanes-Oxley Act of 2002 | Filed herewith |
| 31.2 | Certification of Chief Financial Officer pursuant to Rule 13a-14(a) of the Securities Exchange Act of 1934 and Section 302 of the Sarbanes-Oxley Act of 2002 | Filed herewith |
| 32.1 | Certification of Chief Executive Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | Furnished herewith |
| 32.2 | Certification of Chief Financial Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | Furnished herewith |
| 101 | Interactive data files pursuant to Rule 405 of Regulation S-T formatted in Inline Extensible Business Reporting Language: (i) our condensed consolidated balance sheets as of June 30, 2024 and December 31, 2023; (ii) our condensed consolidated statements of operations for the three and six months ended June 30, 2024 and 2023; (iii) our condensed consolidated statements of comprehensive income (loss) for the three and six months ended June 30, 2024 and 2023, (iv) our condensed consolidated statements of equity for the three and six months ended June 30, 2024 and 2023; (v) our condensed consolidated statements of cash flows for the six months ended June 30, 2024 and 2023; and (vi) the notes to condensed consolidated financial statements | Filed herewith |
| 104 | The cover page from our quarterly report on Form 10-Q for the quarterly period ended June 30, 2024, formatted in  Inline Extensible Business Reporting Language | Filed herewith |

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized, on August 1, 2024.

TRANSOCEAN LTD.


By:   /s/ Robert Thaddeus Vayda
Robert Thaddeus Vayda
Executive Vice President and Chief Financial Officer
(Principal Financial Officer)


By:   /s/ David Tonnel
David Tonnel
Senior Vice President and Chief Accounting Officer
(Principal Accounting Officer)