USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/3/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TRANSOCEAN LTD. SEC. LITIG.,

This Document Relates to:

    ALL ACTIONS.

24 Civ. 9964 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 41 and 42. Accordingly:

1. Defendants' request for leave to file a motion to dismiss, ECF No. 41, is GRANTED;
2. By **September 30, 2025**, Defendants shall file their motion;
3. By **October 14, 2025**, Plaintiff shall file a response;
4. By **October 21, 2025**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: September 3, 2025
       New York, New York

ANALISA TORRES
United States District Judge