

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/15/2025___

September 5, 2025

**Via ECF**

Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:      In re Transocean Ltd. Securities Litigation, Case No. 1:24-cv-09964 (AT)**

Dear Judge Torres:

We represent Transocean Ltd. and the individual defendants in the above captioned case ("Defendants"), and together with Counsel for Lead Plaintiff John Mahoney ("Plaintiff," and together with Defendants, the "Parties") write to respectfully request that the Court reinstate the Case Management Order (ECF No. 34) previously governing the dates for briefing of Defendants' forthcoming Motion to Dismiss the Amended Complaint.

The Parties filed a Joint Proposed Case Management Order on May 7, 2025.  ECF No. 33. The Court entered and so ordered the Parties' Case Management Order on May 8, 2025. ECF No. 34. The Case Management Order sets the following schedule for briefing on Defendants' forthcoming Motion to Dismiss: Defendants shall move to dismiss on September 5, 2025; Plaintiff's Opposition will be due on November 4, 2025; and Defendants Reply in Response to any Opposition will be due on December 4, 2025.  *Id.* at 2.

In accordance with Sections III(A) and III(B)(iii) of Your Honor's Individual Practices in Civil Cases, Defendants filed a pre-motion letter concerning their anticipated Motion to Dismiss on August 15, 2025. ECF No. 41. Plaintiff filed his response to Defendants' pre-motion letter on August 26, 2025. ECF No. 42. On September 3, 2025, the Court granted Defendants' request for leave to file a motion to dismiss, and set the following briefing schedule: Defendants' shall file their motion to dismiss by September 30, 2025; Plaintiffs' shall file a response by October 14, 2025; and Defendants shall file their reply by October 21, 2025.  ECF No. 43.

Defendants plan to file their Motion to Dismiss today, September 5, 2025, in accordance with the Parties' Case Management Order. The Parties respectfully request that the Case Management Order (ECF No. 34) remain in effect.

Hogan Lovells US LLP is a limited liability partnership registered in the State of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: : Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com

Page 2

Respectfully Submitted,


**HOGAN LOVELLS US LLP**

*/s/ William M. Regan*
William M. Regan
Allison M. Wuertz
Jacey L. Gottlieb
Elizabeth B. Cochrane
390 Madison Avenue
New York, New York 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
allison.wuertz@hoganlovells.com
william.regan@hoganlovells.com
jacey.gottlieb@hoganlovells.com
elizbeth.cochrane@hoganlovells.com

*Counsel for Defendants*


**LEVI & KORSINSKY LLP**

*/s/ Nicholas I. Porritt*
Nicholas I. Porritt
porritt@zlk.com
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171

*Counsel for Plaintiffs*


GRANTED.  By **November 4, 2025**, Plaintiffs shall respond to Defendants' motion.  By **December 4, 2025**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: September 15, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge