**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

IN RE TRANSOCEAN SECURITIES LITIGATION

24 **CIVIL** 9964 (AT)

**JUDGMENT**

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated October 22, 2026, and the Court's Order dated September 24, 2026, Defendants' motion to dismiss Plaintiff's AC is GRANTED. Plaintiff's complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
October 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**